## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-03057-01-CR-S-DGK |
| | ) | |
| Jerry Lee Gibson | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are the Defendant's Objections to the Magistrate Judge Report and Recommendation (Doc. #20), recommending that the Defendant's Motion to Dismiss be Denied, and the Defendant's Motion to Dismiss (Doc. #16). The Government filed a response to the Motion to Dismiss (Doc. #17), but did not file a response to Defendant's Objections. After a de novo review of the record, the Court adopts the Report and Recommendation. Defendant's Objections to the Report and Recommendation are OVERRULED, and the Motion to Dismiss is DENIED.

**IT IS SO ORDERED**

Date: November 6, 2008

           /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT